Submitted on the record December 17, 1969, attorney reprimanded January 28, 1970

IN RE COMPLAINT AS TO THE CONDUCT OF
EVELYN N. SCOTT, ACCUSED.

464 P. 2d 318

John B. Fenner, Corvallis, for accused.

Ronald D. Thom and Frank P. Santos, Oregon City, for Oregon State Bar.

Before PERRY, Chief Justice, and McALLISTER, SLOAN, O'CONNELL, GOODWIN,* DENECKE and HOLMAN, Justices.

PER CURIAM.

This proceeding involves petitioner's use of her notary public commission to acknowledge the execu-

---

* Goodwin, J., resigned December 19, 1969.

tion of a document when the person who signed the document did not appear before her when the document was executed. Mrs. Scott candidly admits that she did so. Even though the evidence is convincing that she was innocent of any ulterior motives or purposes, this is conduct that cannot go unnoticed. *In re Monte E. Walter,* 1967, 247 Or 13, 427 P2d 96. This is, therefore, a reprimand.